UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOBY LEE DILLARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0903** |
| **OFFICER CHAD DORSETT AND FRANKLINTON POLICE DEPT.** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion to Dismiss (Rec. Doc. No. 10) filed by the Franklinton Police Department is **GRANTED**, and the plaintiff Toby Lee Dillard's 42 U.S.C. § 1983 claims against the Franklinton Police Department are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that the plaintiff Dillard's § 1983 claims against the defendant, Officer Chad Dorsett, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this  20th  day of _____December_____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**